ORIGINAL

FILED

08 MAR 28 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1   Stephen M. Uthoff, State Bar No. 145206
    E-mail:  suthoff@uthofflaw.com
2   The Uthoff Law Corporation
    401 E. Ocean Blvd., Suite 710
3   Long Beach, California 90802
    Tele: 562-437-4301
4   Fax: 562-437-4341

5

6   Attorneys for Plaintiff
    CMA-CGM AMERICA INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
    CMA-CGM AMERICA INC.              )   Case No. '08 CV 0560 WQH BLM
12                                    )
13              Plaintiff,            )   IN ADMIRALTY
                                      )
14  vs.                              )   COMPLAINT FOR MONEY DUE
15                                    )   UNDER TARIFF, BREACH OF
    SANTA FE PROPERTIES INC.          )   CONTRACT(S), WORK AND LABOR
16                                    )   PERFORMED, AND ACCOUNT
17                                    )   STATED
              Defendants.             )
18                                    )
19  _____ )

20

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

                              1                        Complaint

CMA-CGM SA alleges that:

## FIRST COUNT

### (For Money due Under Tariff)

1. This Court has jurisdiction under 28 U.S.C. §§1331 and 1333. This matter arises under the laws of the United States, in particular, <u>The Shipping Act of 1984</u>,[1] 46 U.S.C. §§1701 et seq. (hereinafter "The Act"), and involves contract(s) within the jurisdiction or claims pendent or ancillary to the same. This is an admiralty and maritime claim.

2. CMA-CGM America Inc is the agent for CMA CGM a common carrier by water (collectively "Plaintiff"), *inter alia*, in the interstate and foreign commerce of the United States as defined in The Act and was such a common carrier for the benefit of Santa Fe Properties, Inc.. ("Defendant").

3. Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued. Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4. Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5. Plaintiff has filed a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage with the Federal Maritime Commission or has otherwise maintained said rates and charges pursuant to The Act. Pursuant to The Act, plaintiff is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts. The Act also prohibits defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

---

[1] To the extent shipments occurred after March 1, 1999, the Act applies as amended by The Ocean Shipping Reform Act of 1998.

Complaint

6.    Plaintiff transported cargo for the benefit of Defendant during 2006 in the foreign commerce of the United States.    Such transportation and services provided are evidenced by Plaintiff's bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference. Plaintiff has fully performed its tariff obligations.    A summary of said bills of lading and invoices and are attached hereto as Exhibit "A" and made a part hereof.

7.    Plaintiff has demanded that defendant pay the full amount due of $90,304.00.

8.    Defendant has knowingly and willfully failed and refused to pay Plaintiff the full amount due.

9.    Consequently, Defendant is liable to plaintiff in the amount of $90,304.00, plus reasonable attorneys' fees and interest thereon.

## SECOND COUNT

### (For Breach of Written Contract(s))

10.    Plaintiff refers to paragraphs 1 through 9 of this complaint and incorporates them herein by this reference.

11.    Said transportation was performed pursuant to a written contract(s) of carriage between Plaintiff and Defendant, as evidenced by said bills of lading and/or freight bills listed in Exhibit A.

12.    Plaintiff has fully performed its obligations under said contracts except those obligations, if any, which plaintiff was excused from performing.

13.    Plaintiff has demanded that Defendant pay the amount due under said contracts and the Defendant has refused to pay thereon.

14.    Consequently, Defendant is liable to plaintiff in the amount of $90,304.00, plus reasonable attorneys' fees and interest thereon.

3                                                    Complaint

## THIRD COUNT

### (For Work and Labor Performed)

15.    Plaintiff refers to paragraphs 1 through 14 of this complaint and incorporates them herein by this reference.

16.    Within the last four (4) years, Defendant became indebted to Plaintiff for work and labor performed by Plaintiff for the benefit of Defendant, as evidenced in Exhibit A for which Defendant agreed to pay plaintiff.

17.    Despite due demand, the sum of $90,304.00 is now due, owing and unpaid for said work and labor performed.

## FOURTH COUNT

### (For Account Stated)

18.    Plaintiff refers to paragraphs 1 through 17 of this complaint and incorporates them herein by this reference.

19.    Within the last four (4) years, an account was stated in writing as described by Exhibit A by and between Plaintiff and Defendant wherein it was agreed that Defendant was indebted to Plaintiff.

20.    Despite due demand, the sum of $90,304.00 is now due, owing and unpaid on said account stated.

///
///
///
///
///
///
///
///
///

4                                                                Complaint

WHEREFORE, plaintiff prays for judgment against Defendant, as follows:

    1.     For judgment in the amount of $90,304.00;

    2.     For the costs of collection, according to proof;

    3.     For costs of suit incurred herein, according to proof;

    4.     For pre-judgment and post-judgment interest;

    5.     For reasonable attorneys' fees; and

    6.     For such other and further relief as the Court deems just and proper.

Dated: March 25, 2008

                            By: _____

                                Stephen M. Uthoff
                                The Uthoff Law Corporation
                                Attorneys for Plaintiff
                                CMA-CGM AMERICA INC.

Complaint

EXHIBIT A

I. Details of Shipments:

    1. Bill of Lading No. TSYK000432A, dated June 4, 2006 from Tianjinxingang to Savannah on the Vessel CMA CGM CAMELLIA, six (6) twenty-foot containers SAID TO CONTAIN: WHITE CEMENT, at the applicable tariff charge of $11,176.00

Amount Paid: $0                Amount Due: $11,176.00

    2. Bill of Lading No. TSYK000432B, dated June 4, 2006, from Tianjinxingang to Savannah on the Vessel CMA CGM CAMELLIA, six (6) twenty-foot containers SAID TO CONTAIN: WHITE CEMENT, at the applicable tariff charge of $11,176.00

Amount Paid: $0                Amount Due: $11,176.08

    3. Bill of Lading No. TSYK000432C, dated June 4, 2006, from Tianjinxingang to Savannah on the Vessel CMA CGM CAMELLIA, six (6) twenty-foot containers SAID TO CONTAIN: WHITE CEMENT, at the applicable tariff charge of $11,176.00

Amount Paid: $0                Amount Due: $11,176.00

    4. Bill of Lading No. TSYK000432D, dated June 4, 2006, from Tianjinxiangang to Savannah on the Vessel CMA CGM CAMELLIA, six (6) twenty-foot containers SAID TO CONTAIN: WHITE CEMENT, at the applicable tariff charge of $11,176.00

Amount Paid: $0                Amount Due: $11,176.00

    5. Invoice No. NAIM0539411, dated November 6, 2006, demurrage totalling $11,520.00 to and including August 18, 2006

Amount Paid: $0                Amount Due: $11,520.00

    6. Invoice No. NAIM0539413, dated November , 2006, demurrage totalling $10,680.00 to and including August 17, 2006

Amount Paid: $0                Amount Due: $10,680.00

7. Invoice No. NAIM0539414, dated November 6, 2006, demurrage totalling $11,400.00 to and including August 18, 2006

Amount Paid: $0                              Amount Due: $11,400.00

8. Invoice No. NAIM0539415, dated November 6, 2006, demurrage totalling $12,000.00 to and including August 19, 2006

Amount Paid: $0                              Amount Due: $12,000.00

II. Total Amount Due: $90,304.00

# UNITED STATES
# DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

# # 149190    — SH
# * * C O P Y * *
# March 28. 2008
# 12:17:48

## Civ Fil Non-Pris

USAO #.: 08CV0560
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC1242

# Total—>   $350.00

FROM: CMA-CGM AMERICA INC V. SANTA
      FE PROPERTIES INC

ORIGINAL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| CMA-CGM America Inc. | Santa Fe Properties Inc.    08 MAR 28 PM 3:24 |

**(b)** County of Residence of First Listed Plaintiff  **Orange**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  S. DIST
(IN U.S. PLAINTIFF CASES ONLY)  DISTRICT COURT SOUTHERN OF CALIFORNIA

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Stephen M. Uthoff, The Uthoff Law Corporation, 401 E. Ocean Blvd,
Suite 710, Long Beach, CA 90802 562-437-4301

Attorneys (If Known)

'08 CV 560 WQH BLM

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       another district
       (specify)

☐ 6  Multidistrict
       Litigation

☐ 7  Appeal to District
       Judge from
       Magistrate
       Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 USC 1701 et seq, 28 USC 1331, 1333
Brief description of cause:
Breach of Maritime Contract - money due under tariff

## VII. REQUESTED IN
## COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
       UNDER F.R.C.P. 23

DEMAND $ 90,304.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes  ☒ No

## VIII. RELATED CASE(S)
## IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
03/25/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #  49190    AMOUNT  $350    APPLYING IFP    JUDGE    MAG. JUDGE

SE 3/28/08