1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341

FILED

08 MAR 28 PM 3:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CR  DEPUTY

6  Attorneys for Plaintiff
7  CMA-CGM AMERICA INC.

8             UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA

11 CMA-CGM AMERICA INC.          ) Case No. '08 CV 0560 WQH BLM
12                               )
13              Plaintiff,       ) IN ADMIRALTY
                                 )
14 vs.                           ) CERTIFICATION AS TO
15                               ) INTERESTED PARTIES
   SANTA FE PROPERTIES INC.      )
16                               )
17                               )
                                 )
18              Defendants.      )
                                 )

21 //
22 //
23 //
24 //
25 //
26 //

                              1                Certification as to Interested Parties

The undersigned counsel of record for plaintiff certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

    1.    CMA-CGM America Inc.

    2.    CMA-CGM SA

Dated: March 25, 2008

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
CMA-CGM AMERICA INC.