Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
CMA-CGM AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMA-CGM AMERICA INC, | ) Case No. 08 CV 0560 WQH BLM |
| Plaintiff, | ) **IN ADMIRALTY** |
| vs. | ) **NOTICE OF DISMISSAL** |
| SANTA FE PROPERTIES INC. | ) |
| Defendants. | ) |

//
//
//
//

1

NOTICE OF DISMISSAL

1 | The above-entitled action is hereby dismissed without prejudice by plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 12, 2008

By: ____s/ Stephen M. Uthoff_____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
CMA-CGM AMERICA INC.